*People ex rel. Daly* v. *Greene,* 91 App. Div. 58, affirmed.
(Argued April 27, 1904; decided May 17, 1904.)

Appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, entered February 13, 1904, which dismissed a writ of certiorari to review the proceedings of the defendant in reducing the relator from the grade of detective sergeant to that of patrolman in the police department of the city of New York and affirmed such proceedings.

*William C. De Witt* and *James F. Lynch* for appellant.

*John J. Delany, Corporation Counsel* (*Theodore Connoly* and *Terence Farley* of counsel), for respondent.

Order affirmed, with costs; no opinion.
Concur: Parker, Ch. J., Gray, O'Brien, Bartlett, Haight, Vann and Werner, JJ.

---

The People of the State of New York, Respondent, *v.* Frederick St. John, Appellant.

*People* v. *St. John,* 89 App. Div. 617, affirmed.
(Argued April 28, 1904; decided May 17, 1904.)

Appeal from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered December 17, 1903, overruling defendant's exceptions, ordered to be heard in the first instance by the Appellate Division, denying a motion for a new trial and directing judgment for the plaintiff upon a verdict directed by the trial court.

*William Brennan, Jr.,* for appellant.

*John Cunneen, Attorney-General* (*Thomas C. Burke* of counsel), for respondent.

Order affirmed, with costs; no opinion.
Concur: Parker, Ch. J., Gray, Bartlett, Haight, Vann and Werner, JJ. Not voting: O'Brien, J.